**Kenneth G. CHARRON, Appellant,**

v.

**STATE of Missouri, et al., Respondent.**

**No. WD 69434.**

Missouri Court of Appeals,
Western District.

Oct. 28, 2008.

Kenneth G. Charron, pro se.

Kathleen R. Robertson, Jefferson City, MO, for respondent.

Before DIV I: LOWENSTEIN, P.J., SPINDEN and HOWARD, JJ.

**ORDER**

PER CURIAM.

Kenneth Charron, an inmate in the Missouri Department of Corrections, appeals the dismissal of his petition for declaratory judgment seeking a determination that portions of Section 595.209.5, RSMo (Cum. Supp.2005), are unconstitutional. Upon review of the record, the court, after transfer from the Supreme Court of Missouri, finds that the trial court did not err in dismissing Charron's petition for failure to state a claim upon which relief can be granted. A lengthy opinion would serve no precedential purpose. The parties have been provided with a memorandum setting forth the reasoning of the court. Judgment affirmed. Rule 84.16(b).

■

**STATE of Missouri, Respondent,**

v.

**Christopher Michael CADLE, Appellant.**

**No. WD 68970.**

Missouri Court of Appeals,
Western District.

Oct. 28, 2008.

Margaret M. Johnston, Columbia, MO, for appellant.

Shaun J. Mackelprang, and Mary H. Moore, Jefferson City, MO, for respondent.

Before DIV II: SMART, P.J., HARDWICK and WELSH, JJ.

**ORDER**

PER CURIAM.

Christopher Cadle challenges the sufficiency of the evidence to support his conviction for driving while intoxicated, Section 577.010 RSMo 2000. For reasons explained in a Memorandum provided to the parties, we find no error and affirm the circuit court's judgment of conviction. Rule 30.25(b).